

236 So.2d 499

John J. WATERMEIER, Jr., Mrs. Martha G. Robinson and Louis Schlekau

v.

The LOUISIANA STADIUM AND EXPOSITION DISTRICT, and the Board of Commissioners Thereof.

No. 50643.

June 26, 1970.

Writ refused. We find no error of law in the judgment of the Court of Appeal.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

236 So.2d 499

TENNECO, INC.

v.

OIL, CHEMICAL AND ATOMIC WORKERS UNION, LOCAL 4–522 et al.

No. 50647.

June 26, 1970.

236 So.2d 499

Thomas J. INGERSOLL

v.

STAR CHRYSLER, INC., et al.

No. 50644.

June 26, 1970.

Writ refused. The injunction complained of no longer adversely affects the rights of the parties.